IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 8:12CV297 |
| | ) | |
| Plaintiff, | ) | INITIAL DISCLOSURE PURSUANT TO |
| | ) | RULE 26 BY CLAIMANT TARA MISHRA |
| vs. | ) | |
| | ) | |
| $1,074,900.00 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant , | ) | |
| | ) | |
| TARA MISHRA, | ) | |
| | ) | |
| Claimant | ) | |
| | ) | |

CLAIMANT TARA MISHRA hereby provides the Government with the information required by Rule 26.

Claimant Tara Mishra's witnesses from New Jersey include from Mr. Rajesh Djeri and Marina Djeri and Kendrick Lee.

The above witnesses can testify as to the transaction to be consummated in New Jersey regarding Tara Mishra's investment in a club or clubs in New Jersey.

The bank managers or designated employees from the Wells Fargo Bank and the Bank of America will testify with respect to the safety deposit boxes of Tara Mishra.

Los Angeles County Deputy Sheriffs William H. Calicchia and Sgt. Mario Estrada will testify that Claimant Tara Mishra has worked as a stripper at various strip clubs in California including the Tropical Lei, the Hawaii Theater, and the Spearmint Rhino.

John Yi, then the general manager of the Hawaii Theater, will

1

testify as to Tara Mishra's dancing at the Hawaii Theater in the City of Industry.

The following dancers will testify as to Tara Mishra's dancing at the Hawaii Theater in the City of Industry. Amber Rose Simon, Summer Ann Gonzales, Louisa Rhode, and Vilma Rivera.

                Respectfully submitted,

                S/Roger Jon Diamond
                ROGER JON DIAMOND
                2115 Main Street
                Santa Monica, CA 90405
                (310)399-3259
                Fax No. 310/392-9029
                State Bar No. 40146
                Attorney for Claimant
                T. Mishra