IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 8:12CV297 |
| | ) | |
| Plaintiff, | ) | CLAIMANT'S SUPPLEMENT TO RULE |
| | ) | 26 DISCLOSURE |
| vs. | ) | |
| | ) | |
| $1,074,900.00 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant , | ) | |
| | ) | |
| TARA MISHRA, | ) | |
| | ) | |
| Claimant | ) | |
| | ) | |

CLAIMANT TARA MISHRA hereby submits the following witnesses.

1. Bill Spina- owner of strip mall property who wrote lease for new club.

   255 Rt. 46 West

   Totowa, NJ 07512

   Ph. 973-256-6412

   Fax. 973-785-8774

2. Peter & Anthony Murphy- sellers of liquor licenses.

   29 Pamela dr.

   Totowa, NJ 07512

3. Hendrick Lee- owner of 46 Lounge & present partner in that club with Mr. Dheri.

   3 Jewel Court

   Montville, NJ 07045

   Ph. 201-315-3247

4. Rajesh Dheri

   32 Asa St

Montville, NJ 07045

5. Amanda Hernandez-fellow worker with Tara Mishra for past 5 years.

8090 Cornwall ct. Unit 83

Rancho Cucamonga, Ca 91739.

Ph. 909-714-7798

    Respectfully submitted,

    S/Roger Jon Diamond
    ROGER JON DIAMOND
    2115 Main Street
    Santa Monica, CA 90405
    (310)399-3259
    Fax No. 310/392-9029
    State Bar No. 40146
    Attorney for Claimant
    T. Mishra