IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

$1,074,900.00 IN UNITED STATES
CURRENCY,

Defendant.

**EXHIBIT LIST**

Case No.      8:12CV297
Deputy:        Gale Gomez
Reporter:     Sue DeVetter
Trial Date:   June 3, 2013

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Voluntary Disclaimer of Interest and Ownership **(Conditionally received; objection taken under advisement**) | X | H | X | | 6/3/13 |
| 2 | | | Advisement Concerning Potential Forfeiture Action   **(Conditionally received; objection taken under advisement**) | X | H | X | | 6/3/13 |
| 3 | | | In-Car Video Recording of Traffic Stop **(Conditionally received; Objection taken under advisement)** | X | H | X | | 6/3/13 |
| 4 | | | Continental Airlines Boarding Pass for Rajesh Dheri, Dated 3/1/12 | X | | X | | 6/3/13 |
| 5 | | | Continental Airlines Boarding Pass for Marina Dheri Dated 3/1/12 | X | | X | | 6/3/13 |
| 6 | | | Ticket Stub for Marina Dheri Dated 2/21/12 | X | | X | | 6/3/13 |
| 7 | | | Receipt From Hertz for Rental of Vehicle at Los Angeles International Airport on 3/1/12 | X | | X | | 6/3/13 |
| 8 | | | Credit Card Receipt for Fuel at Scenic Quick St. in Salina, UT Dated 3/2/12 | X | | X | | 6/3/13 |
| 9 | | | Credit Card Receipt for Fuel at Pilot in St. George Dated 3/2/12 | X | | X | | 6/3/13 |
| 10 | | | Credit Card Receipt for Fuel at Shell in Grand Junction, CO Dated 3/2/12 | X | | X | | 6/3/13 |
| 11 | | | Credit Card Receipt for Red River QMart in Rifle, CO Dated 3/3/12 | X | | X | | 6/3/13 |
| 12 | | | Clear Plastic Bag Money Wrappings | X | | X | | 6/3/13 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13 | | | Plastic Bags | X | | X | | 6/3/13 |
| 14 | | | FBI IAFIS Fingerprint Card Printout Bearing Fingerprint Impressions and the Name Rajat Mishra and FBI #637748AD2 | | | | | |
| 15 | | | FBI IAFIS Fingerprint Card Printout Bearing Fingerprint Impressions and the name Tara Michelle Guzman and FBI #662766KB7 | | | | | |
| 16 | | | Department of Homeland Security Laboratory Report | | | | | |
| 17 | | | Photograph | X | | X | | 6/3/13 |
| 18 | | | Photograph | X | | X | | 6/3/13 |
| 19 | | | Photograph | X | | X | | 6/3/13 |
| 20 | | | Photograph | X | | X | | 6/3/13 |
| 21 | | | Photograph | X | | X | | 6/3/13 |
| 22 | | | Photograph | X | | X | | 6/3/13 |
| 23 | | | Photograph | X | | X | | 6/3/13 |
| 24 | | | Photograph | X | | X | | 6/3/13 |
| 25 | | | Photograph | X | | X | | 6/3/12 |
| 26 | | | Photograph | X | | X | | 6/3/13 |
| 27 | | | Photograph | X | | X | | 6/3/13 |
| 28 | | | Photograph | X | | X | | 6/3/13 |
| 29 | | | Photograph | X | | X | | 6/3/13 |
| 30 | | | Photograph | X | | X | | 6/3/13 |
| 31 | | | Photograph | X | | X | | 6/3/13 |
| 32 | | | Photograph | X | | X | | 6/3/13 |
| 33 | | | Photograph | X | | X | | 6/3/13 |
| 34 | | | Photograph | X | | X | | 6/3/13 |
| 35 | | | Photograph | X | | X | | 6/3/13 |
| 36 | | | Photograph | X | | X | | 6/3/13 |
| 37 | | | Photograph | X | | X | | 6/3/13 |
| 38 | | | Photograph | X | | X | | 6/3/13 |
| 39 | | | Photograph | X | | X | | 6/3/13 |
| 40 | | | Photograph | X | | X | | 6/3/13 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 41 | | | Photograph | X | | X | | 6/3/13 |
| 42 | | | Photograph | X | | X | | 6/3/13 |
| 43 | | | Photograph | X | | X | | 6/3/13 |
| 44 | | | Photograph | X | | X | | 6/3/13 |
| 45 | | | Photograph | X | | X | | 6/3/13 |
| 46 | | | Photograph | X | | X | | 6/3/13 |
| 47 | | | Photograph | X | | X | | 6/3/13 |
| 48 | | | Photograph | X | | X | | 6/3/13 |
| 49 | | | Photograph | X | | X | | 6/3/13 |
| 50 | | | Paper Money Bands | X | | X | | 6/3/13 |
| | | | | | | | |
| | | | | | | | |
| | 101 | | New Jersey Lease Agreement & Correspondence Re N.J. Project | | | | |
| | 102 | | Safety Deposit Records | | | | |
| | 103 | | Court Records Docket Sheets | | | | |
| | 104 | | Exhibits of 3rd Parties | | | | |
| | 105 | | N.J. Records of Business Opportunity | | | | |
| | 106 | | Initial Disclosure filing 37 | X | R, H, A,O | X | | 6/3/13 |
| | 107 | | Supplement to Initial Disclosure filing 40 | X | R, H, A,O | X | | 6/3/13 |
| | 108 | | Supplement to Rule 26 Disclosure filing 41 | X | R, H, A,O | X | | 6/3/13 |
| | | | | | | | |
| | | | | | | | |

**OBJECTIONS**
   **R: Relevancy**
   **H: Hearsay**
   **A: Authenticity**
   **O: Other (specify)**