# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-3073
_____

United States of America

Plaintiff - Appellant

v.

$1,074,900.00 in United States Currency

Defendant - Appellee

Tara Mishra

Claimant - Appellee

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:12-cv-00297-JFB)
_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

November 19, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans