# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-3073

United States of America

Appellant

v.

$1,074,900.00 in United States Currency and Tara Mishra

Appellees

___

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:12-cv-00297-JFB)

___

**MANDATE**

In accordance with the judgment of 11/19/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 19, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit